**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 16-1119**

SHERIF A. PHILIPS,

        Plaintiff - Appellant,

    v.

NORTH CAROLINA STATE; NORTH CAROLINA COURT SYSTEM; NORTH
CAROLINA AGENCY; VIDANT MEDICAL CENTER, f/k/a Pitt County
Memorial Hospital; M.D. PAUL BOLIN; RALPH WHATLEY; DAVID
CREECH, Pitt County Memorial Hospital lawyer; JAY SALSMAN,
Pitt County Memorial Hospital lawyer; DEBBIE MEYER, Law
Firm, Cary, NC; KAREN ZANER, Law Firm, Dallas, TX; JAMES
CROUSE, Law Firm, Raleigh, NC; NARDINE GUIRGUIS, Law Firm,
Raleigh, NC,

        Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh. James C. Fox, Senior
District Judge. (5:15-cv-00095-F)

Submitted: July 28, 2016        Decided: August 1, 2016

Before MOTZ and HARRIS, Circuit Judges, and DAVIS, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

Sherif Philips, Appellant Pro Se. Kathryn Hicks Shields,
Assistant Attorney General, Raleigh, North Carolina; Walter
Gregory Merritt, HARRIS, CREECH, WARD & BLACKERBY, New Bern,
North Carolina; Joseph Lawrence Nelson, DICKIE, MCCAMEY &

CHILCOTE, Charlotte, North Carolina; John Thomas Crook, David Stebbins Coats, BAILEY & DIXON, Raleigh, North Carolina; Felix Hill Allen, IV, THARRINGTON SMITH LLP, Raleigh, North Carolina, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Sherif Philips appeals the district court's order denying relief on his civil complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Philips v. N.C. State, No 5:15-cv-0095-F (E.D.N.C. Dec. 28, 2015). We deny Philips' motions to appoint counsel and for consideration of recusal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED